# United States District Court
### Western District of Texas

**FILED**
MAR 2 6 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA,
V.
Laura HERNANDEZ

## WARRANT FOR ARREST

CASE NUMBER: DR14-3307m-02

**To: The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Laura HERNANDEZ _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly and in reckless disregard of the fact that an alien had come to, entered or remained in the United States in violation of law, did transport and move and attempt to transport and move said illegal aliens including, Angel de Jesus ZAVALA-Hernandez and Javier LOERA-Olivarez, as well as three others and in furtherance of said violation of law did conspire and agree together and with other persons known and unknown to transport and move said aliens in furtherence of said violation of law.

in violation of Title ___8___ United States Code, Section(s) ___1324___

Victor Roberto Garcia
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

March 26, 2014     Del Rio, Texas
Date and Location

Bail fixed at $ _____     By _____
                                  Name of Judicial Officer

### RETURN
This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| March 26, 2014 | Robert A. Mayer Jr. | _[signature] Robert A. Mayer Jr._ |
| **DATE ARRESTED** | Special Agent | |
| March 25, 2014 | Homeland Security Investigations | |